Argued March 14, 1977. Allen H. Smith, for appellant; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1137

Commonwealth v. Smith, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

373 A.2d 1137

Commonwealth v. Smith, Appellant.

Submitted February 23, 1976. Robert B. Mozenter, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appeal quashed, and remanded to the court below.